FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR 10-1191-ODW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| OSCAR RODRIGUEZ | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

1  The Court concludes that :
2  A.   ( )   Defendant poses a risk to the safety of other persons or the
3            community because defendant has not demonstrated by clear and
4            convincing evidence that:
5  _____
6  _____
7  _____
8  _____

9
10 (B)   (X)   Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12  _____
13  EVIDENCE OF RECENT DRUG USE
14  _____
15  _____
16

17  IT IS ORDERED that defendant be detained.

19  DATE: 8/10, 2012

          _____
          MICHAEL R. WILNER
          UNITED STATES MAGISTRATE JUDGE